FILED

January 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )        Case No. 2:14-mj-00012-EFB
                                )
v.                              )
                                )        ORDER FOR RELEASE OF
HUNTER MOORE,                   )        PERSON IN CUSTODY
                                )
                Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, HUNTER MOORE, Case No. 2:14-mj-00012-

EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    _X_   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The defendant is ordered to appear in the Central District of California on

    2/7/2014 at 2:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _1/24/2014_ at _3:20pm_.

By _____
    Edmund F. Brennan
    United States Magistrate Judge